# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

## No. 00-20366
## Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ADIELE C. ONWUASOANYA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-91-CR-218-1
--------------------
December 19, 2000
Before DAVIS, JONES, and DeMOSS, CIRCUIT JUDGES.

PER CURIAM:[*]

In this direct criminal appeal, Adiele C. Onwuasoanya complains that his guilty plea was involuntary because the district court violated Fed. R. Crim. P. 11 and the Due Process Clause of the Fifth Amendment by misinforming him of the nature of the conspiracy charge against him.

Our review of the record and the arguments and authorities convinces us that no reversible error was committed. The specific facts of the plea colloquy and record demonstrate that any Rule 11 error in this case, if it occurred, was harmless error

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and that Onwuasoanya understood the charge against him.  See <u>United States v. Reyna</u>, 130 F.3d 104, 110-12 (5th Cir. 1997).

The judgment of the district court is **AFFIRMED**.